IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,:** | **CRIMINAL ACTION** |
| **Plaintiff,** : | |
| : | **No. 06-173-1** |
| **v.** : | |
| : | |
| **STANLEY SANDERS** : | |
| **USM No. 60474-066** : | |
| **FDC Philadelphia** : | |
| **P.O. Box 562** : | |
| **Philadelphia, PA 19105** : | |

## ORDER

AND NOW, this 13th day of July 2009, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and related documents (Docket Nos. 82, 84, 85, 87), and following an evidentiary hearing on July 1, 2009, IT IS HEREBY ORDERED that:

1. The Petition for Writ of Habeas Corpus is DENIED;

2. There is no probable cause to issue a certificate of appealability; and

3. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE