IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
|---|---|---|
| Plaintiff, | : | |
| | : | No. 06-173-1 |
| v. | : | |
| | : | |
| STANLEY SANDERS, | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 6th day of October 2010, upon consideration of Stanley Sanders's second Petition to Vacate, Set Aside or Correct his Sentence Under 28 U.S.C. § 2255 (Docket No. 97), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus is DENIED;

2. There is no probable cause to issue a certificate of appealability; and

3. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE